IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:24-MJ-05 |
| | : | |
| DIEGO IBARRA, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Peter D. Leary, United States Attorney for the Middle District of Georgia, respectfully shows:

1. That a complaint was filed against DIEGO IBARRA in the United States District Court for the Middle District of Georgia, charging the defendant with Possession of a Fraudulent Document, in violation of Title 18, United States Code, Sections 1546(a).

2. That said Defendant is now confined at the Clarke County Jail in Clarke County, Georgia in the custody of the Sheriff thereof.

3. Petitioner further shows that the above-entitled case has been assigned for an initial appearance, the **4th day of March 2024, at 2:30 p.m.** at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad prosequendum duly issue, directed to the Sheriff of said penal institution, directing and requiring him to deliver the body of the said DIEGO IBARRA H/M, DOB \*\*/\*\*/1995, to

the Marshal of this District, or his lawful deputy, to be brought by him before this Honorable Court at the time of said hearing aforesaid, to the end that he may then and there participate in the initial appearance on the **4th day of March 2024, at 2:30 p.m.,** and may receive and abide by the judgment of this Court in the premises, thence to be returned to the custody from whence he came.

RESPECTFULLY SUBMITTED, this 26th day of February 2024.

                                      PETER D. LEARY
                                      UNITED STATES ATTORNEY

By:   */s/Michael Morrison*
       MICHAEL MORRISON
       Assistant United States Attorney
       Georgia Bar No. 153001
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478)752-3511
       Facsimile: (478)621-2655
       Email: Mike.Morrison@usdoj.gov